IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LEE WHITE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JAMES HARTLEY, et al.,<br><br>　　　　　Defendants. | 1:12-cv-00857 GSA PC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT<br><br>AMENDED COMPLAINT DUE IN THIRTY DAYS |

　　　　Plaintiff is a former state prisoner proceeding pro se in this civil rights action. Plaintiff has consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c).

　　　　On December 6, 2012, an order was entered, dismissing the complaint for failure to state a claim and granting Plaintiff thirty days in which to file an amended complaint. On December 26, 2012, Plaintiff filed a notice of change of address, indicating his release from custody. The Court will therefore grant Plaintiff an extension of time in which to file an amended complaint.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The Clerk's Office is directed to re-serve the December 6, 2012, order on Plaintiff at his address of record.

　　　　2. Plaintiff is granted a thirty day extension of time in which to file an amended complaint. Plaintiff's failure to timely file an amended complaint will result in dismissal of this action for failure to state a claim upon which relief could be granted.

IT IS SO ORDERED.

Dated:  **January 15, 2013**                    /s/ **Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE